Eugene M. Pak (CA Bar No. 168699)
epak@wendel.com
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Tel:   (510) 834-6600
Fax:   (510) 834-1928

Shawn J. Kolitch (*Pro Hac Vice*)
shawn@kolitchromano.com
**KOLITCH ROMANO LLP**
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Tel   (503) 994-1650
Fax:   (503) 279-4549

Attorneys for Plaintiff Future Motion, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FUTURE MOTION, INC., | Case No. 5:20-cv-01647-EJD |
| Plaintiff, | **STIPULATED PERMANENT INJUNCTION AND STIPULATION DISMISSING ACTION;** |
| vs. | [PROPOSED] **ORDER** |
| STEPHEN HERBERT, dba X FIRE PAINTBALL & AIRSOFT and TACTICAL SKY, and UNKNOWN PARTY dba AUTHENTICDIRECT, | |
| Defendants. | |

1  WHEREAS, on March 6, 2020, Future Motion, Inc. ("Future Motion") filed its Complaint against STEPHEN HERBERT and an UNKNOWN PARTY;

WHEREAS, no defendant in this action has filed an Answer or other responsive pleading;

WHEREAS, in order to reduce the time and expense of litigation, the parties have reached an agreement to resolve this action; and

WHEREAS, as a condition of settlement, the parties agree to have the Court enter this Stipulated Permanent Injunction and Stipulation Dismissing Action on the following terms;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. This Court has jurisdiction over the parties and the subject matter in this action. Venue is proper in this judicial district.

2. Stephen Herbert acknowledges that he is the party controlling the AuthenticDirect storefront on Amazon.com.

3. Stephen Herbert and his businesses, officers, agents, servants, employees, and attorneys, and all other persons acting in concert or participation with any of them, are hereby immediately, permanently enjoined and restrained selling or offering for sale any Future Motion products through the AuthenticDirect storefront on Amazon.com or through any other storefront on Amazon.com or on any other online platform.

4. This Court SHALL RETAIN JURISDICTION of this action to the extent necessary to ensure full compliance with this Stipulated Permanent Injunction, including enforcement by way of contempt or otherwise.

5. Stephen Herbert waives any appeal of this Stipulated Permanent Injunction.

6. Each party shall bear its own attorney's fees and costs relating to the present action, EXCEPT that in the event of any dispute regarding an alleged violation of this Stipulated Permanent Injunction, the prevailing party shall recover its reasonable attorney's fees and costs relating to that dispute.

/ / /

/ / /

/ / /

7. All claims in this action SHALL BE DISMISSED WITHOUT PREJUDICE without costs to either party.

Date: March 27, 2020

*/s/ Eugene M. Pak*
EUGENE M. PAK
E-mail: epak@wendel.com
WENDEL ROSEN LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600
Fax: (510) 834-1928

SHAWN J. KOLITCH (*Pro Hac Vice*)
KOLITCH ROMANO LLP
Oregon Bar No. 063980
E-mail: shawn@kolitchromano.com
520 SW Yamhill Street, Suite 200
Portland, OR 97204
Tel: (503) 994-1650
Fax: (971) 279-4549

*Attorneys for Plaintiff* Future Motion, Inc.

Date: March 27, 2020

*/s/ Stephen Herbert*
STEPHEN HERBERT dba X FIRE PAINTBALL & AIRSOFT, TACTICAL SKY, and AUTHENTICDIRECT, *Defendant*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Date: March 27, 2020

*/s/ Shawn Kolitch*
SHAWN KOLITCH
*Attorneys for Plaintiff*
*Future Motion, Inc.*

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 3/30/2020 , 2020

_____
**UNITED STATES DISTRICT JUDGE**
Edward J. Davila